IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE HENDERSON, | : | CIVIL ACTION |
| as administratrix of the estate | : | NO. 12-2602 |
| of Yvette Henderson, deceased | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |

**<u>ORDER</u>**

  AND NOW, this 23rd day of July, 2012, upon consideration of the motion of defendant City of Philadelphia to dismiss plaintiff Dominique Henderson's amended complaint and plaintiff's response, it is ORDERED that the motion is GRANTED and plaintiff's amended complaint is dismissed.  Consistent with the accompanying memorandum of law, and to the extent that she can allege facts sufficient to state a claim against defendant under 28 U.S.C. § 1983, plaintiff is permitted to file a second amended complaint on or before August 10, 2012.

                 s/ Thomas N. O'Neill, Jr.
                 THOMAS N. O'NEILL, JR., J.