IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE HENDERSON, | : | CIVIL ACTION |
| as administratrix of the estate | : | NO. 12-2602 |
| of Yvette Henderson, deceased | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |

## **ORDER**

AND NOW, this 26th day of November, 2012, upon consideration of the motion of defendant City of Philadelphia to dismiss plaintiff Dominique Henderson's amended complaint, Dkt. No. 10, and plaintiff's response thereto, Dkt. No. 11, it is ORDERED that defendant's motion is GRANTED and plaintiff's amended complaint is dismissed.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.